# LAW OFFICES OF JAMES R. DEVITA, PLLC
**81 MAIN STREET, SUITE 504**
**WHITE PLAINS, NEW YORK 10601-1719**
**(914) 328-5000**
**FAX (914) 946-5906**
**E-Mail:   jdevita@jamesrdevitalaw.com**

NEW YORK CITY OFFICE:
217 BROADWAY, SUITE 707
NEW YORK, NY 10007
(212) 619-3730

November 9, 2020

**BY ECF**
Hon. Cathy Seibel
United States District Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY   10601-4150

*We will proceed remotely, provided Defendant provides written consent pursuant to Rule 43(b)(2).*

SO ORDERED.

*Cathy Seibel*   11/9/20
CATHY SEIBEL, U.S.D.J.

Re:   *United States v. Frederick Dotson*, 20 Cr. 254 (CS)

Dear Judge Seibel:

I am writing to request that the sentencing proceeding for my client, Frederick Dotson, scheduled for Tuesday, December 2, 2020 at 4:00 pm, be conducted remotely by video conference.  I will be travelling for the Thanksgiving Holiday and do not expect to be back in New York by December 2, 2020.  In any event, even if I returned early for the proceeding, I would most likely be subject to quarantine under New York State's coronavirus regulations through the next two weeks and would therefore be prohibited from entering the courthouse under the existing rules.  Under Chief Judge McMahon's Second Amended Standing Order, dated September 16, 2020, 20 Misc. 176, a remote proceeding for a misdemeanor sentencing does *not* require a finding by the Court that the proceeding cannot be further delayed without serious harm to the interests of justice.  Here, Mr. Dotson is prepared to waive his right to be present and proceed remotely.  I have conferred with Assistant United States Attorney Gianforti, and the government consents to proceed remotely as well.

.

Respectfully submitted,
*s/ James R. DeVita*
James R. DeVita

cc:     Assistant United States Attorney Benjamin Gianforti (by ECF)