March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

FREDERICK M. DOTSON

                Defendant(s).

-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 254 (CS)( )

Defendant FREDERICK M. DOTSON hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Frederick M. Dotson**
Print Defendant's Name

_____
Defense Counsel's Signature

**James R. DeVita**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/2/20
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~